## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JON L. RUIZ,

     Plaintiff,

v.

ARC MANAGEMENT GROUP, LLC and
EQUIFAX INFORMATION SERVICES,
LLC,

     Defendants.

_____/

Case No. 8:23-cv-02738-WFJ-AEP

### NOTICE OF VOLUTARY DISMISSAL WITHOUT PREJUDICE AS TO ARC MANAGEMENT GROUP, LLC

NOW COMES, JON L. RUIZ ("Plaintiff"), by and through the undersigned counsel, and, in support of his Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, ARC MANAGEMENT GROUP, LLC, only, without prejudice. Each party shall bear its own costs and attorney fees.

Dated:    December 5, 2023    Respectfully Submitted,

        /s/ Alexander Taylor
        Alexander Taylor

Florida Bar No. 1013947
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181
Fax: (630)575-8188
ataylor@sulaimanlaw.com


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 5, 2023, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.


*/s/ Alexander Taylor*