# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JON L. RUIZ,

    Plaintiff,

v.

ARC MANAGEMENT GROUP, LLC, and
EQUIFAX INFORMATION SERVICES
LLC.,

    Defendants.

_____/

Case No. 8:23-cv-02738-WFJ-AEP

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that JON L. RUIZ ("Plaintiff"), hereby notifies the Court that the Plaintiff and the Defendant, EQUIFAX INFORMATION SERVICES LLC, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 1st day of March 2024.

        Respectfully submitted,

        s/ Alexander J. Taylor
        Alexander J. Taylor
        Sulaiman Law Group, Ltd.
        2500 South Highland Avenue, Suite 200
        Lombard, IL 60148
        (630) 575-8181
        ataylor@sulaimanlaw.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

        *s/ Alexander J. Taylor*