**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JON L. RUIZ,

    Plaintiff,

v.                                            Case No. 8:23-cv-02738-WFJ-AEP

ARC MANAGEMENT GROUP, LLC and
EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.
_____/

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JON L. RUIZ, and the Defendant, EQUIFAX INFORMATION SERVICES, LLC, only, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: April 30, 2024                                  Respectfully Submitted,

| **JON L. RUIZ** | **EQUIFAX INFORMATION SERVICES, LLC** |
|---|---|
| */s/Alexander J. Taylor* | */s/ Jason Daniel Joffe* |
| Alexander J. Taylor, Esq. | Jason Daniel Joffe, Esq. |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | Squire Patton Boggs (US) LLP |
| 2500 South Highland Avenue, Suite 200 | 200 S. Biscayne Blvd., Suite 3400 |
| Lombard, IL 60148 | Miami, FL 33131 |
| Phone: (630) 575-8181 Ext .180 | Phone: (305) 577-7000 |
| Fax: (630) 575-8188 | Fax: (305) 577-7001 |
| ataylor@sulaimanlaw.com | Jason.joffe@squirepb.com |

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/Alexander J. Taylor*
Alexander J. Taylor